IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN LINLEY and
JONATHON MORGAN                                          PLAINTIFFS

v.                           No. 4:22-cv-877-DPM

ALESHA HENSON                                             DEFENDANT

### ORDER

An Arkansas circuit court judge awarded Linley and Morgan custody of their respective minor children.  Henson is the mother of both children.  *Linley v. Henson*, 69DR-21-18;  *Henson v. Morgan*, 69DR-21-84.  Henson removed both cases here, alleging the circuit judge acted with bias in each.  This Court lacks subject matter jurisdiction over custody-related issues.  *Kahn v. Kahn*, 21 F.3d 859, 861 (8th Cir. 1994).  More than conclusory allegations of a denial of equal rights are needed to establish removal jurisdiction under 28 U.S.C. § 1443.  *Johnson v. Mississippi*, 421 U.S. 213, 219-20 (1975).  And the *Rooker-Feldman* doctrine also bars Henson's claim seeking review of the state judge's decisions.  *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005);  *see also Skinner v. Switzer*, 562 U.S. 521, 531–32 (2011).  Henson's application to proceed *in forma pauperis*, *Doc. 1*, and motion for a hearing, *Doc. 3*, are denied without

prejudice as moot.  The Court remands these cases to the Circuit Court of Stone County, Arkansas.  28 U.S.C. § 1447(c).

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>2 November 2022</u>