IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN LINLEY and
JONATHON MORGAN                                                              PLAINTIFFS

v.                              No. 4:22-cv-877-DPM

ALESHA HENSON                                                                  DEFENDANT

## ORDER

Henson's motion to reconsider, *Doc. 8*, is denied.  The Court has returned this case to the state Court and lacks subject matter jurisdiction to act further.  28 U.S.C. § 1447(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022